1  David L. Jordan – 203457
   LIVINGSTON LAW FIRM
2  A Professional Corporation
   1600 South Main Street, Suite 280
3  Walnut Creek, CA 94596
   Tel: (925) 952-9880
4  Fax: (925) 952-9881

5  Attorneys for Defendant
   VIDEO ONLY, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PFRS DUBLIN CORP., a Michigan corporation, | Case No. C 06 4112 SC |
| 12 | |
| 13              Plaintiff, | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT VIDEO ONLY, INC., TO RESPOND TO COMPLAINT** |
| 14       vs. | |
| 15  VIDEO ONLY, INC., | |
| 16              Defendant. | |

17

18      Whereas, plaintiff PFRS DUBLIN CORP. ("plaintiff" or "PFRS") served the summons

19 and complaint upon defendant VIDEO ONLY, INC. ("defendant" or "Video Only") (collectively

20 "the Parties") on July 5, 2006;

21      Whereas, defendant was required to respond to the complaint on or before July 25, 2006;

22      Whereas, the Parties previously stipulated to extend defendant's time to respond to the

23 complaint to and including August 21, 2006; and

24      Whereas, the Parties have agreed to further extend defendant's time to respond to the

25 complaint in light of the failure to commence and complete trial in the action entitled *PFRS*

26 *Dublin Corp. v. Video Only, Inc.*, Alameda County Superior Court Case No. VG06-272796:

27 ///

28 ///

---

STIPULATION RE TIME TO RESPOND TO COMPLAINT

1

1  IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendant
2  through their respective counsel of record that Video Only's time to respond to plaintiff's
3  complaint shall be extended to and including September 18, 2006.

5  Dated: August 17, 2006                    LIVINGSTON LAW FIRM

7  By _____
   David L. Jordan
8  Attorneys for Defendant
   VIDEO ONLY, INC.

10  Dated: August 17, 2006                   GREENBERG TRAURIG, LLP

12  By _____
    Williams J. Goines
13  Toni Wise
    Karen Rosenthal
14  Cindy Hamilton
    Attorneys for Plaintiff
15  PFRS DUBLIN CORP.

**IT IS SO ORDERED**

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION RE TIME TO RESPOND TO COMPLAINT
2