| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| | WILLIAM J. GOINES (SBN 61290) |
| 2 | TONI P. WISE (SBN 81479) |
| | KAREN ROSENTHAL (SBN 209419) |
| 3 | CINDY HAMILTON (SBN 217951) |
| | 1900 University Avenue, Fifth Floor |
| 4 | East Palo Alto, CA  94303 |
| | Telephone:  (650) 328-8500 |
| 5 | Facsimile:  (650) 328-8508 |
| | Email: goinesw@gtlaw.com |
| 6 | wiset@gtlaw.com |
| | rosenthalk@gtlaw.com |
| 7 | hamiltonc@gtlaw.com |

Attorneys for Plaintiff PFRS DUBLIN CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFRS DUBLIN CORP., a Michigan corporation, | Case No. C 06 4112 SC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| VIDEO ONLY, INC., | |
| Defendant. | |

Based on the Stipulation For Dismissal Of Action With Prejudice by and between Plaintiff PFRS DUBLIN CORP. and Defendant VIDEO ONLY, INC., and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

    1.    This action is dismissed with prejudice; and

    2.    All parties are to bear their own costs and attorneys' fees.

Dated: __October 10____, 2006

_____
The Honorable Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

Case No. C 06 4112 SC
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

SV 346083655v1